IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGET BUESCHER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:19-cv-00021 |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bridget Buescher and Defendant Healthcare Revenue Recovery Group, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant, with each party to bear its own attorney's fees and costs.

Dated: April 2, 2019.

By: /s/ Joel S. Halvorsen

    Joel S. Halvorsen, #67032
    Gregory M. Klote, #66888
    680 Craig Road
    Suite 104
    St. Louis, MO 63141
    P: (314) 451-1314
    F: (314) 787-4323
    joel@hklawstl.com
    greg@hklawstl.com
    *Attorneys for Plaintiff*

By: /s/ Mayer S. Klein
    (with consent)
    Mayer S. Klein
    Frankel, Rubin, Klein, Siegel
    Payne & Pudlowski P.C.
    231 S Bemiston Avenue, Suite 1111
    Clayton, Missouri 63105
    P: (314) 725-80000
    F: (314) 726-5837
    mklein@frankelrubin.com
    *Attorneys for Defendant*

So Ordered

/s/ John A. Ross
4/2/2019